UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Roberto Arocho González,
Juan Arocho González
     v.
U.S.A.

CASE NUMBER: Civil no. 97-2868 (HL)
Crim. no. 94-376 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 7.30.99    **Docket #** 12<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for leave to proceed on appeal *in forma pauperis* | Granted. |

Date 10-1-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

*Received & Filed 99 OCT -1 PM 2:00 U.S. District Court, San Juan, P.R.*

